# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

133417 & (21)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TIMOTHY B. BURTON,
      Plaintiff-Appellee,

v

SC: 133417
COA: 272417
WCAC: 05-000093

BEST BUY COMPANY, INC., and PACIFIC
EMPLOYERS INSURANCE COMPANY,
      Defendants-Appellants.

_____/

     On order of the Court, the motion for miscellaneous relief is DENIED. The application for leave to appeal the February 12, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

t0521

_____
Clerk